UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **CR-ZLOCH** /ROSENBAUM

10-60102

18 U.S.C. § 1594(c)
18 U.S.C. § 1591(a)

UNITED STATES OF AMERICA

vs.

JOHNNY SAINTIL,
    a/k/a "J1,"
MICHAEL DEFRAND,
    a/k/a "Fatboy,"
    a/k/a "Fats,"
STANLEY WILSON,
    a/k/a "Bird,"
MARITZA RODRIGUEZ,
    a/k/a "Ritz,"
    a/k/a "Sunshine,"
and LATANYA NED,

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning at least as early as September 2009, and continuing through on or about March 16, 2010, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

JOHNNY SAINTIL,
    a/k/a "J1,"
MICHAEL DEFRAND,
    a/k/a "Fatboy,"
    a/k/a "Fats,"
STANLEY WILSON,
    a/k/a "Bird,"

**MARITZA RODRIGUEZ,**
a/k/a "Ritz,"
a/k/a "Sunshine,"
and
**LATANYA NED,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to:

(a)   in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, knowing that such person had not obtained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1); and

(b)   in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, knowing that force, threats of force, and coercion would be used to cause the person to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1).

All in violation of Title 18, United States Code, Section 1594(c).

### COUNT 2

From in or around September 2009, and continuing through on or about October 26, 2009, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**JOHNNY SAINTIL,**
a/k/a "J1,"
and
**MARITZA RODRIGUEZ,**
a/k/a "Ritz,"
a/k/a "Sunshine,"

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport,

provide, obtain, and maintain by any means a person, that is, V.J., knowing that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act, and knowing that force, threats of force, and coercion would be used to cause V.J. to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), 1591(b)(2), and 2.

## COUNT 3

From in or around September 2009, and continuing through on or about October 1, 2009, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**JOHNNY SAINTIL,**
a/k/a "J1,"
and
**MARITZA RODRIGUEZ,**
a/k/a "Ritz,"
a/k/a "Sunshine,"

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, S.M., knowing that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), and 2.

## COUNT 4

From in or around September 2009, and continuing through on or about October 14, 2009, in Broward County, in the Southern District of Florida, the defendant,

**MICHAEL DEFRAND,**
a/k/a "Fatboy,"
a/k/a "Fats,"

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport,

3

provide, obtain, and maintain by any means a person, that is, T.H., knowing that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act, and knowing that force, threats of force, and coercion would be used to cause T.H. to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), and 1591(b)(2).

## COUNT 5

From in or around September 2009, and continuing through on or about March 16, 2010, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHAEL DEFRAND,**
a/k/a "Fatboy,"
a/k/a "Fats,"

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, T.B., knowing that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act, and knowing that force, threats of force, and coercion would be used to cause T.B. to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), and 1591(b)(2).

## COUNT 6

From in or around November 2009, and continuing through in or around January 2010, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**STANLEY WILSON,**
a/k/a "Bird,"
and
**LATANYA NED,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, D.C., knowing that force, threats of

4

force, and coercion would be used to cause the person to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), and 2.

### COUNT 7

From in or around July 2009, and continuing through on or about March 16, 2010, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**STANLEY WILSON,**
a/k/a "Bird,"
and
**LATANYA NED,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, J.C., knowing that force, threats of force, and coercion would be used to cause the person to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), and 2.

### CRIMINAL FORFEITURE ALLEGATION

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest, pursuant to the provisions of Title 18, United States Code, Sections 1594(d) and (e), and the procedures set forth at Title 21, United States Code, Section 853.

2. Upon conviction of the violations alleged in Counts 1 through 7 of this Indictment, the defendants, **JOHNNY SAINTIL, MICHAEL DEFRAND, STANLEY WILSON, MARITZA RODRIGUEZ, and LATANYA NED,** shall forfeit to the United States: (a) any property, real or personal, that was used or intended to be used to commit or facilitate that commission of such

offenses; and (b) any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such offenses. The property subject to forfeiture includes, but is not limited to: one Black, 2007 Chrysler 300, VIN No. 2C3LA43R67H663806.

All pursuant to Title 18, United States Code, Sections 1594(d) and (e), and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

_____
A. MARIE VILLAFAÑA
ASSISTANT U.S. ATTORNEY

_____
STRIDER L. DICKSON
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| JOHNNY SAINTIL, MICHAEL DEFRAND, STANLEY WILSON, MARITZA RODRIGUEZ, and LATANYA NED, | |
| Defendants. _____/ | Superseding Case Information: |

**Court Division**: (Select One)

___ Miami   ___ Key West
_X_ FTL     ___ WPB   ___ FTP

New Defendant(s)           Yes ___ No ___
Number of New Defendants   _____
Total number of counts     _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   _No_
   List language and/or dialect   _____

4. This case will take  _8-9_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   I    0 to 5 days       ___           Petty    ___
   II   6 to 10 days      _X_           Minor    ___
   III  11 to 20 days     ___           Misdem.  ___
   IV   21 to 60 days     ___           Felony   _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _Yes_
   If yes:
   Magistrate Case No.  10-6110-BSS
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  3/16/2010 (Defrand)
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
STRIDER L. DICKSON
ASSISTANT UNITED STATES ATTORNEY
COURT I.D. A5501170

*Penalty Sheet(s) attached

REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **JOHNNY SAINTIL, a/k/a, "J1"**

Case No:_____

Count 1:

Conspiracy to Sex Traffic Minors and By Force

Title 18, United States Code, Sections 1594(c)

**\*Max. Penalty:** Life Imprisonment; 5 Years' Supervised Release; $250,000 Fine

Count 2:

Sex Trafficking of a Minor and By Force

Title 18, United States Code, Sections 1591(a)(1), (b)(1), and (b)(2)

**\*Max. Penalty:** 15 Years to Life Imprisonment; 5 Years to Life Supervised Release; $250,000 Fine

Count 3:

Sex Trafficking of a Minor

Title 18, United States Code, Sections 1591(a)(1) and (b)(2)

**\*Max. Penalty:** 10 Years to Life Imprisonment; 5 Years to Life Supervised Release; $250,000 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **MICHAEL DEFRAND, a/k/a, "Fatboy," a/k/a, "Fats"**

Case No:_____

Count 1:

Conspiracy to Sex Traffic Minors and By Force

Title 18, United States Code, Sections 1594(c)

*Max. Penalty:    Life Imprisonment; 5 Years' Supervised Release; $250,000 Fine

Counts 4 and 5:

Sex Trafficking of a Minor and By Force

Title 18, United States Code, Sections 1591(a)(1), (b)(1), and (b)(2)

*Max. Penalty:    15 Years to Life Imprisonment; 5 Years to Life Supervised Release; $250,000 Fine

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **STANLEY WILSON, a/k/a, "Bird"**

Case No:_____

Count 1:

Conspiracy to Sex Traffic Minors and By Force

Title 18, United States Code, Sections 1594(c)

*Max. Penalty:   Life Imprisonment; 5 Years' Supervised Release; $250,000 Fine

Counts 6 and 7:

Sex Trafficking By Force

Title 18, United States Code, Sections 1591(a)(1) and (b)(1)

*Max. Penalty:   15 Years to Life Imprisonment; 5 Years to Life Supervised Release; $250,000 Fine

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **MARITZA RODRIGUEZ, a/k/a "Ritz," a/k/a "Sunshine"**

Case No:_____

Count 1:

Conspiracy to Sex Traffic Minors and By Force

Title 18, United States Code, Sections 1594(c)

*Max. Penalty:    Life Imprisonment; 5 Years' Supervised Release; $250,000 Fine

Count 2:

Sex Trafficking of a Minor and By Force

Title 18, United States Code, Sections 1591(a)(1), (b)(1), and (b)(2)

*Max. Penalty:    15 Years to Life Imprisonment; 5 Years to Life Supervised Release; $250,000 Fine

Count 3:

Sex Trafficking of a Minor

Title 18, United States Code, Sections 1591(a)(1) and (b)(2)

*Max. Penalty:    10 Years to Life Imprisonment; 5 Years to Life Supervised Release; $250,000 Fine

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>LATANYA NED</u>

**Case No:**_____

Count 1:

Conspiracy to Sex Traffic Minors and By Force

Title 18, United States Code, Sections 1594(c)

**\*Max. Penalty:**    Life Imprisonment; 5 Years' Supervised Release; $250,000 Fine

Counts 6 and 7:

Sex Trafficking By Force

Title 18, United States Code, Sections 1591(a)(1) and (b)(1)

**\*Max. Penalty:**    15 Years to Life Imprisonment; 5 Years to Life Supervised Release; $250,000 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**